David Hilton Wise, Esq.
Nevada Bar No. 11014
**WISE LAW FIRM, PLC**
421 Court Street
Reno, Nevada, 89501
(775) 329-1766
(703) 934-6377
dwise@wiselaw.pro

Gary E. Mason*
**MASON LLP**
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290
gmason@masonllp.com
dperry@masonllp.com
lwhite@masonllp.com
schowdhury@masonllp.com

*pro hac vice* forthcoming
Counsel for Plaintiff and the Proposed Class

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CAMILLE DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>PERRY JOHNSON & ASSOCIATES, INC.,<br><br>Defendant | Case No. 2:23-cv-01932-CDS-DJA<br><br>**Order Granting in part and Denying in part Motion to Withdraw Counsel for Plaintiff and Exension of Time to File Verified Pro Hac Vice Application**<br><br>[ECF No. 6] |

  IT IS HEREBY ORDERED that the motion to withdraw Danielle L. Perry, Lisa A. White, and Salena J. Chowdhury as counsel of record for plaintiff Camille Davis is GRANTED.

IT IS FURTHER ORDERED that David Hilton Wise and Gary Mason's request for an additional 14 days to file Mason's verified petition to practice in this district as required by LR IA 11-2(e), is DENIED as moot.

Dated: December 14, 2023

_____
Cristina D. Silva
United States District Judge